```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JEWEL RUSSELL-OTERO AND
JOHNNY OTERO

    Defendant.

-----------------------------------------------------------x

07 CR 458 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

    Upon the application of the government, consented to by defense counsel, the conference previously scheduled for July 10, 2007 is adjourned until September 5, 2007 at 9:45 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to permit the parties to continue plea negotiations. Accordingly, the time between today and September 5, 2007 is excluded.

    SO ORDERED.

                                                                       P. Kevin Castel
                                                                     United States District Judge

Dated: New York, New York
         July 12, 2007