UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
United States of America,

                                            07 CR 0458 (PKC)

      -against-

Jewel Russell-Otero
                      Defendants
----------------------------------------------------------x

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07

P. KEVIN CASTEL, U.S.D.J.

      Mr. George Goltzer is substituted as CJA counsel for the defendant, Jewel Russell-Otero and Jennifer Brown is relieved as counsel.

SO ORDERED.

                                                Hon. P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
        September 5, 2007